# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

Ramiro LOPEZ-Zapata (MX)
1969

United States District Court
Southern District of Texas
FILED

JUN 0 3 2015

, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-15-0888-M

I, Antonio Perez IV, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about __June 1, 2015__ (Date) in __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

being an alien who is illegally or unlawfully in the United States who knowingly and intentionally possess in or affecting commerce, any firearm or ammunition; which has been shipped or transported in interstate or foreign commerce.

in violation of Title __18__ United States Code, Section(s) __922 (g) (5)__.

I further state that I am a(n) __HSI Special Agent__ And that this complaint is based on the following facts:
Official Title

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Approved by: Leo J. Leo, III
AUSA

_____
Signature of Complainant

Antonio Perez
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 3, 2015                                          at   McAllen, Texas
Date                                                        City and State

U.S. Magistrate Judge Dorina Ramos                    _____
Name and Title of Judicial Officer                     Signature of Judicial Officer

Attachment "A"

On June 1, 2015, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a call from the Pharr, Texas Police Department (PPD). PPD Officer J. Tamez advised HSI McAllen that Luis Miguel ZAVALA-Villacana, a Mexican citizen, was encountered with a GSG-5 .22 caliber semi-automatic rifle (serial number A30036) in Pharr, Texas. PPD also located two .22 caliber magazines and 112 rounds of .22 caliber ammunition. The firearm was manufactured outside the State of Texas.

HSI McAllen conducted a consensual search of ZAVALA's cellular phone. During the search, HSI McAllen identified a series of text messages detailing the delivery of the firearm to ZAVALA. ZAVALA claimed he only knew the person that gave him the weapon as "Ramiro". HSI McAllen determined Ramiro LOPEZ-Zapata was a co-conspirator in the aforementioned seizure.

On June 2, 2015, HSI McAllen SA A. Perez and PPD Officer J. Tamez conducted an interview with LOPEZ. Special Agent SA A. Perez read LOPEZ his Miranda rights as witnessed by PPD Officer J. Tamez. LOPEZ stated he understood his rights and voluntarily waived them in writing. LOPEZ made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

LOPEZ stated he received the weapon, magazines and ammunition from a friend that was currently living in Reynosa, Tamaulipas, Mexico. LOPEZ claimed he owed ZAVALA money, and was being pressured by ZAVALA to pay him as soon as possible. LOPEZ gave the weapon, magazines and ammunition to ZAVALA as a form of payment for the money LOPEZ owed him. LOPEZ stated that as an illegal alien he knew he was prohibited from possessing the firearm and ammunition.